FILED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2017 JAN 23 PM 12:08

| | |
|---|---|
| GEORGENE BURGESS,<br><br>*Plaintiff(s)*<br>v.<br>COMENITY, LLC., d/b/a<br>COMENITY BANK,<br><br>*Defendant(s)* | Civil Action No.<br>8:17-CV-163-T-17TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COMENITY, LLC., d/b/a COMENITY BANK
Care Of: World Financial Network Bank
One Righter Parkway
Suite 100
Wilmington, DE 19803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Rd.
Suite 250
Clearwater, FL 33762

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 2 3 2017

*Signature of Clerk or Deputy Clerk*