UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

GEORGENE BURGESS,

Plaintiff,

                              CIVIL ACTION NO.: 8:17-cv-00163

v.

COMENITY, LLC., d/b/a

COMENITY BANK,

       Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** Plaintiff hereby gives notice of a pending settlement in regards to the above referenced action.

**DATED: March 13, 2017.**

<u>s/W. John Gadd</u>

W. John Gadd

FL Bar Number 463061

**Bank of America Building**

2727 Ulmerton Road-Suite 250

Clearwater, FL 33762

Tel- (727) 524-6300

Email- wjg@mazgadd.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF, which will provide electronic notification to all counsel of record and to CMcHale@gsgfirm.com, attorney for Defendant on this 13th day of March, 2017.

s/W. John Gadd

W. John Gadd

FL Bar Number 463061

**Bank of America Building**

2727 Ulmerton Road-Suite 250

Clearwater, FL 33762

Tel- (727) 524-6300

Email- wjg@mazgadd.com